UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLENE JANNISE CHAPLIN,<br><br>                   Plaintiff,<br><br>       -against-<br><br>FREEDOM MORTGAGE CORPORATION, et al.,<br><br>                  Defendants. | 24-CV-1845 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the September 5, 2024, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 5, 2024
            New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                          Chief United States District Judge